## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

KAREN ROBERTS individually; ROBIN
MURPHY individually,

                Plaintiffs,

-vs-                                        Case No.  2:08-cv-880-FtM-29SPC

SAN MARINO NAPLES, LLC, and N. BERRY
TAYLOR, individually,

                Defendants.
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

      This matter comes before the Court on periodic review of the file.  On May 11, 2010 (Doc. #30), the Court entered an Order directing Defendant San Marino Naples, LLC to secure counsel by June 10, 2010.  The time expired and nothing was filed by the Defendants.  On June 14, 2010, this Court issued an Order to Show Cause to San Marino Naples, LLC directing it to show cause by June 24, 2010, why default should not be entered against it for failure to obtain counsel (Doc. #33).  On June 29, 2010, the Order to Show Cause that was mailed to Defendant San Marino Naples, LLC at 771 Commerce Dr., Suite 1, Venice, FL 34292-1731, was returned to the Clerk of Court as undeliverable.  Upon reviewing the docket, the Court noted that there are two other addresses listed for San Marino Naples, LLC.  Thus, the Court directed the Clerk to resend the Order to Show Cause to those addresses (Doc. #36).  In that Order, Defendant San Marino Naples was directed to show cause why default judgment should not be entered against it for failure to obtain counsel.  The Order sent to the two other addresses was not returned.  Thus, the Court assumes that Defendant San

Marino Naples received the Order to Show Cause. San Marino Naples has again failed to file a Response and no notice of appearance of counsel has been filed on its behalf.

Accordingly, it is now

**RECOMMENDED:**

(1) Clerk's default be entered against Defendant San Marino Naples for failure to obtain counsel as directed by this Court.

(2) The Clerk of Court is directed to mail a copy of this Report and Recommendation to the following addresses for San Marino Naples, LLC:

P.O. Box 1888, Nokomis, FL 34274 and

630 North River Road, Venice, FL 34293

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**Respectfully recommended** at Fort Myers, Florida, this ___27th___ day of July, 2010.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record