# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

KAREN ROBERTS individually; ROBIN
MURPHY individually,

               Plaintiffs,

-vs-                                     Case No.  2:08-cv-880-FtM-29SPC

SAN MARINO NAPLES, LLC, and N. BERRY
TAYLOR, individually,

               Defendants.
_____

## ORDER

     This matter comes before the Court on the Plaintiffs, Karen Roberts and Robin Murphy's Motion for Entry of a Clerk's Default (Doc. #45) filed on January 17, 2011.

     On November 3, 2010, the District Court entered an Order to Show Cause (Doc. # 40) directing the Plaintiffs to show cause why the case should not be dismissed for lack of prosecution. In that Order, the Court gave the Plaintiffs the option of filing a Case Management and Scheduling Order or to move for a default judgment against the Defendant Taylor. Plaintiff had properly served N. Berry Taylor on May 14, 2010, by substitute service on his wife Gina Taylor at their residence located at 630 N. River Road, Venice, FL 34293. To date, the Defendant N. Berry Taylor has not filed an Answer or other responsive pleading to the Amended Complaint.  Therefore, Plaintiffs now move for a Clerk's Default as directed by the Court in its Order to Show Cause.

     Accordingly, it is now

     **ORDERED:**

The Plaintiffs, Karen Roberts and Robin Murphy's Motion for Entry of a Clerk's Default (Doc. #45) is **GRANTED**. The Clerk is directed to enter Clerk's Default against N. Berry Taylor.

**DONE AND ORDERED** at Fort Myers, Florida, this ___18th___ day of January, 2011.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record